# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PARFAITE, | : | Civil No. 3:22-CV-00316 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| KIM LIPPINCOTT, | : | |
| Defendant. | : | |

## ORDER
December 6, 2022

**IT IS ORDERED** that a telephone conference to address the outstanding discovery disputes in this matter is scheduled for **January 17, 2023, at 10:00 a.m.** Counsel for the defendant shall initiate the call to Chambers at (717) 221-3980 once all parties are on the line and prepared to proceed. The parties shall confer in good faith to attempt to resolve any and all issues before this conference.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge