# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PARFAITE, | : | **Civil No. 3:22-CV-316** |
| Plaintiff, | : | |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| KIM LIPPINCOTT, | : | |
| Defendant. | : | |

## ORDER
April 28, 2023

**IT IS ORDERED** that a telephonic status conference in this matter is set for **June 5, 2023 at 10:00 a.m.**.  Counsel for the defendant shall initiate the call to Chambers at (717)221-3980, after all counsel and the plaintiff are on the line and prepared to proceed.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge