# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PARFAITE, | : | CIVIL NO: 3:22-CV-00316 |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| KIM LIPPINCOTT, | : | |
| Defendant. | : | |

## ORDER
February 26, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that defendant Lippincott's motion (*doc. 107*) for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. Defendant Lippincott is **GRANTED** summary judgment as to the claim that she testified falsely in court or before the grand jury. The motion is otherwise **DENIED**. The Clerk of Court shall defer entering judgment until the conclusion of the entire case.

**IT IS ALSO ORDERED** that any additional motion for summary judgment shall be filed on or before **April 1, 2024**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge